UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

SAMUEL WALTON,

                                        Plaintiff,    **STIPULATION OF VOLUNTARY DISMISSAL**

               -against-

THE CITY OF NEW YORK, et. al.,                    12-CV-724 (ENV)(JO)

Defendants
------------------------------------------------------------------ X

        PLEAST TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(2), the parties stipulate that plaintiff voluntarily withdraws the above referenced case with prejudice.

DATED:     June 15, 2012
               New York, New York

Robert Marinelli
Attorney for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007
Telephone (212) 822-1427
Facsimile (212) 202-9646

By: _____
     ROBERT MARINELLI

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
Telephone (212) 788-1816
Facsimile (212) 788-9776

By: _____
     DUANE G. BLACKMAN

SO ORDERED:

_____

HONORABLE ERIC N. VITALIANO,
UNITED STATES DISTRICT JUDGE

Date: _____, 2012