UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

SAMUEL WALTON,

                                          Plaintiff,   **STIPULATION OF
                                                        VOLUNTARY
                    -against-                           DISMISSAL**

THE CITY OF NEW YORK, et. al.,                         12-CV-724 (ENV)(JO)

Defendants

------------------------------------------------------------------------ X

          PLEAST TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(2), the parties

stipulate that plaintiff voluntarily withdraws the above referenced case with prejudice.

DATED:       June 15, 2012
             New York, New York


Robert Marinelli                        MICHAEL A. CARDOZO
Attorney for Plaintiff                  Corporation Counsel of the City of New
305 Broadway, 14th Floor                York
New York, New York 10007                Attorney for Defendants
Telephone (212) 822-1427                100 Church Street
Facsimile (212) 202-9646                New York, New York 10007
                                        Telephone (212) 788-1816
                                        Facsimile (212) 788-9776


By: _____              By: _____
    ROBERT MARINELLI                        DUANE G. BLACKMAN

The Clerk of Court is directed to close this case.

SO ORDERED:

s/ ENV

HONORABLE ERIC N. VITALIANO,
UNITED STATES DISTRICT JUDGE

Date: June 26, 2012
Brooklyn, NY